# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LAWRENCE HALL (#429558)

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NO. 13-684-SDD-SCR

## RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated December 20, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly,

**IT IS ORDERED** that the *Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus by a Person in State Custody*[1] filed by Lawrence Hall is dismissed for lack of subject matter jurisdiction, without prejudice to the petitioner pursuing habeas corpus relief regarding his aggravated burglary conviction and sentence in Lawrence Hall v. Warden Howard Prince, et al, CV 11-2087-EEF-MLH (W.D. La.), pending in the Western District of Louisiana.

Baton Rouge, Louisiana, January 8th, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Record Document 1